# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LOUIS G. WEAVER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 05-0449-WS-B |
| | ) |
| **JAMES BONDING COMPANY, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed**. Plaintiff's claims under 42 U.S.C. § 1983 are **dismissed with prejudice** and his state law claims for wrongful death and assault and battery are **dismissed without prejudice**.

DONE and ORDERED this 1st day of August, 2006.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE